IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-0068-CR-W-HFS |
| | ) | |
| TYRONE LEMONTE HOLMAN | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After reviewing the record I hereby find and conclude that the Report and Recommendation (Doc. 36) is correct and sound, and that defendant, when properly medicated, is competent to stand trial. As recommended, it is hereby ORDERED that defendant shall remain at the Federal Medical Center in Butner, North Carolina, for medication and treatment purposes, until further order of the court.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

June  11 , 2010

Kansas City, Missouri